# EX. 1

COPY

IMMIGRATION COURT
100 MONTGOMERY STREET, SUITE #800
SAN FRANCISCO, CA  94104

In the Matter of: KAUR, RANJEET

Case No.: A216-628-642

IN REMOVAL PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on _____ June 17, 2019 _____

This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ]  The respondent was ordered removed from the United States to _____.

[ ]  Respondent's application for voluntary departure was denied and respondent was ordered removed to _____ or in the alternative to _____.

[ ]  Respondent's application for voluntary departure was granted until _____ upon posting a bond in the amount of $ _____ with an alternative order of removal to _____.

[X]  Respondent's application for asylum was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other ( ) moot.

[X]  Respondent's application for restriction or withholding of removal under section 241(b)(3) was ( ) granted ( ) denied  ( ) withdrawn  ( ) other (X) moot.

[X]  Respondent's application for [ ] withholding of removal [ ] deferral of removal under Article III of the Convention Against Torture was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other (X) moot.

[ ]  Respondent's application for cancellation of removal under section 240A(a) was ( ) granted  ( ) denied ( ) withdrawn  ( ) other.

[ ]  Respondent's application for cancellation of removal under section 240A(b) was ( ) granted  ( ) denied ( ) withdrawn  ( ) other.

[ ]  Respondent's application for a waiver under section _____ of the INA was ( ) granted ( ) denied  ( ) withdrawn  ( ) other.

[ ]  Respondent's application for adjustment of status under section _____ of the INA was ( ) granted  ( ) denied  ( ) withdrawn  ( ) other.

[ ]  LPR Status is conditional under Secion 216 of the INA.

[ ]  Respondent shall be permanently ineligible for any benefits under the INA for having knowingly presented a frivolous asylum application, in violation of section 208(d)(6) of the INA.

[ ]  Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[ ]  Proceedings were terminated.

[ ]  Notice to Respondents Granted Voluntary Departure is attached.

[ ]  Other: _____

Appeal: A/X/B

Appeal due by: _____

Date: _____ 6/17/2019 _____

_____
Jeremiah Johnson
Immigration Judge

---

Certificate of Service

This document was served by:        Mail (M)    Personal Service (P)
To: [ ] Alien  [ ] Alien c/o Custodial Officer  [ ] Alien's Attorney/Representative  [ ] DHS
Date: _____ 6/17/2019 _____    By: Court Staff / Immigration Judge _____ 6/17/2019 _____
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Post-Order Instructions [ ] Other

# EX. 2

# Application to Register Permanent Residence or Adjust Status



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-485**
OMB No. 1615-0023
Expires 10/31/2020

| For USCIS Use Only | | |
|---|---|---|
| **Preference Category:** | **Receipt** | **Action Block** |
| **Country Chargeable:** | | |
| **Priority Date:** | | |
| **Date Form I-693 Received:** | | |

**Section of Law**

☐ Applicant Interviewed    ☐ Interview Waived
Date of Initial Interview: _____
Lawful Permanent Resident as of: _____

☐ INA 209(a)    ☐ INA 249
☐ INA 209(b)    ☐ Sec. 13, Act of 9/11/57
☐ INA 245(a)    ☐ Cuban Adjustment Act
☐ INA 245(i)    ☐ Other _____
☐ INA 245(m)

**To be completed by an attorney or accredited representative** (if any).

☐ **Select this box if Form G-28 is attached.**

**Volag Number** (if any)

**Attorney State Bar Number** (if applicable)

**Attorney or Accredited Representative USCIS Online Account Number** (if any)

▶ **START HERE - Type or print in black ink.**

A-Number ▶ A- 2 1 6 6 2 8 6 4 2

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

## Part 1. Information About You (individual applying for lawful permanent residence)

### Your Current Legal Name (do not provide a nickname)

**1.a.** Family Name (Last Name)  KAUR

**1.b.** Given Name (First Name)  RANJEET

**1.c.** Middle Name

### Other Names You Have Used Since Birth (if applicable)

**NOTE:** Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.a.** Family Name (Last Name)

**3.b.** Given Name (First Name)

**3.c.** Middle Name

**4.a.** Family Name (Last Name)

**4.b.** Given Name (First Name)

**4.c.** Middle Name

### Other Information About You

**5.** Date of Birth (mm/dd/yyyy)  10/07/1975

**NOTE:** In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information**.

**6.** Gender    ☐ Male    ☒ Female

**7.** City or Town of Birth
AMBALA  HARYANA

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

**8.** Country of Birth

INDIA

**9.** Country of Citizenship or Nationality

INDIA

**10.** Alien Registration Number (A-Number) (if any)

▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

**NOTE:** If you have **EVER** used other A-Numbers, include the additional A-Numbers in the space provided in **Part 14. Additional Information**.

**11.** USCIS Online Account Number (if any)

▶

**12.** U.S. Social Security Number (if any)

▶ | 0 | 5 | 1 | 8 | 3 | 8 | 8 | 1 | 3 |

### U.S. Mailing Address

**13.a.** In Care Of Name (if any)

**13.b.** Street Number and Name

720 WEST WEBER AVE

**13.c.** ☒ Apt. ☐ Ste. ☐ Flr. 185

**13.d.** City or Town

STOCKTON

**13.e.** State CA     **13.f.** ZIP Code 95203

### Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of qualifying criminal activity (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

**14.a.** In Care Of Name (if any)

**14.b.** Street Number and Name

**14.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**14.d.** City or Town

**14.e.** State ▼     **14.f.** ZIP Code

### Recent Immigration History

Provide the information for **Item Numbers 15. - 19.** if you last entered the United States using a passport or travel document.

**15.** Passport Number Used at Last Arrival

**16.** Travel Document Number Used at Last Arrival

**17.** Expiration Date of this Passport or Travel Document (mm/dd/yyyy)

**18.** Country that Issued this Passport or Travel Document

**19.** Nonimmigrant Visa Number from this Passport (if any)

Place of Last Arrival into the United States

**20.a.** City or Town

CALEXICO

**20.b.** State CA

**21.** Date of Last Arrival (mm/dd/yyyy) 04/17/2018

When I last arrived in the United States, I:

**22.a.** ☐ Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):

**22.b.** ☐ Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

**22.c.** ☐ Came into the United States without admission or parole.

**22.d.** ☒ Other:

EWI

If you were issued a Form I-94 Arrival-Departure Record Number:

**23.a.** Form I-94 Arrival-Departure Record Number

▶

**23.b.** Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy)

**23.c.** Status on Form I-94 (for example, class of admission, or paroled, if paroled)

Form I-485   Edition   10/15/19

Page 2 of 20

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

24. What is your current immigration status (if it has changed since your arrival)?

ASYLUM GRANTED     *Asylee*

Provide your name exactly as it appears on your Form I-94 (if any)

25.a. Family Name (Last Name)    KAUR

25.b. Given Name (First Name)    RANJEET

25.c. Middle Name

## Part 2. Application Type or Filing Category

1. I am filing this Form I-485 as a (select **only one** box):

   ☒ Principal applicant

   ☐ Derivative applicant

**NOTE:** Attach a copy of the Form I-797 receipt or approval notice for the underlying petition or application, as appropriate.

**I am applying** as a principal or derivative applicant to register lawful permanent residence or adjust status to that of a lawful permanent resident based on the following immigrant category (select **only one** category). (See the Form I-485 Instructions for more information, including any **Additional Instructions** that relate to the immigrant category you select.):

### Family-based

2.a. ☐ Immediate relative spouse of a U.S. citizen, parent of a U.S. citizen if the U.S. citizen is 21 years of age or older, and unmarried child under 21 years of age of a U.S. citizen, Form I-130

2.b. ☐ Other relative of a U.S. citizen or relative of a lawful permanent resident under the family-based preference categories, Form I-130

2.c. ☐ Individual admitted to the United States as a fiancé(e) or child of a fiancé(e) of a U.S. citizen, Form I-129F (K-1/K-2 Nonimmigrant)

2.d. ☐ Widow or widower of a U.S. citizen, Form I-360

2.e. ☐ VAWA self-petitioner, Form I-360

2.f. ☐ Spouse, child, or parent of a deceased U.S. active duty service member in the armed forces under the National Defense Authorization Act (NDAA), Form I-130 or Form I-360

### Employment-based

3.a. ☐ Alien worker, Form I-140 (if you select this box, you must answer **Item Number 9.a.**)

3.b. ☐ Alien entrepreneur, Form I-526

### Special Immigrant

4.a. ☐ Religious worker, Form I-360

4.b. ☐ Special immigrant juvenile, Form I-360

4.c. ☐ Certain Afghan or Iraqi national, Form I-360

4.d. ☐ Certain international broadcaster, Form I-360

4.e. ☐ Certain G-4 international organization or family member or NATO-6 employee or family member, Form I-360

4.f. ☐ Certain U.S. armed forces members (also known as the Six and Six program), Form I-360

4.g. ☐ Panama Canal Zone employees, Form I-360

4.h. ☐ Certain Physicians, Form I-360

4.i. ☐ Certain employee or former employee of the U.S. Government abroad, Form I-360

### Asylee or Refugee

5.a. ☒ Asylum status (INA section 208), Form I-589 or Form I-730

5.b. ☐ Refugee status (INA section 207), Form I-590 or Form I-730

### Human Trafficking Victim or Victim of Qualifying Criminal Activity

6.a. ☐ Human trafficking victim (T Nonimmigrant), Form I-914 or derivative family member, Form I-914A

6.b. ☐ Victim of Qualifying Criminal Activity (U Nonimmigrant), Form I-918, derivative family member, Form I-918A, or qualifying family member, Form I-929

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 2. Application Type or Filing Category (continued)

### Special Programs Based on Certain Public Laws

**7.a.** ☐ Applicant adjusting under the Cuban Adjustment Act

**7.b.** ☐ Applicant adjusting under the Cuban Adjustment Act for battered spouses and children

**7.c.** ☐ Applicant adjusting based on dependent status under the Haitian Refugee Immigrant Fairness Act

**7.d.** ☐ Applicant adjusting based on dependent status under the Haitian Refugee Immigrant Fairness Act for battered spouses and children

**7.e.** ☐ Lautenberg Parolees

**7.f.** ☐ Diplomats or high ranking officials unable to return home (Section 13 of the Act of September 11, 1957)

**7.g.** ☐ Applicant adjusting under the Indochinese Parole Adjustment Act of 2000

**7.h.** ☐ Applicant adjusting under the Amerasian Act (October 22, 1982), Form I-360

### Additional Options

**8.a.** ☐ Diversity Visa program

**8.b.** ☐ Continuous residence in the United States since before January 1, 1972 ("Registry")

**8.c.** ☐ Individual born in the United States under diplomatic status

**8.d.** ☐ S nonimmigrants and qualifying family members (only law enforcement agencies can file Form I-485 for someone in this category.)

**8.e.** ☐ Other eligibility (see the Form I-485 Instructions, **Who May Form I-485, Item Number 3. Other Immigrant Categories** for examples)

### Additional Alien Worker Information

Answer **Item Number 9.a.** only if you selected **Item Number 3.a.** "Alien worker, Form I-140."

**9.a.** Did a relative file the associated Form I-140 for you or does a relative have a significant ownership interest (five percent or more) in the business that filed Form I-140 for you? (The relative must be your husband, wife, father, mother, child, adult son, adult daughter, brother, or sister.)

☐ Yes ☒ No

If you answered "Yes" to **Item Number 9.a.**, answer **Item Numbers 9.b. - 9.c.** If you answered "No," skip to **Item Number 10.**

**9.b.** How is your relative related to you?

☐ Brother or sister

☐ Husband, wife, father, mother, child, adult son, or adult daughter

**9.c.** This relative is a:

☐ U.S. citizen

☐ U.S. national

☐ Lawful permanent resident

☐ None of the above

**10.** Regardless of the immigrant category you are adjusting under, do you hold:

VAWA self-petitioner status ☐ Yes ☒ No

Victim of Qualifying Criminal Activity (U nonimmigrant) status ☐ Yes ☒ No

Human trafficking victim (T nonimmigrant) status ☐ Yes ☒ No

### INA Section 245(i)

**11.** Are you applying for adjustment based on the Immigration and Nationality Act (INA) section 245(i)? ☐ Yes ☒ No

**NOTE:** If you answered "Yes" to **Item Number 11.**, you must have selected a family-based, employment-based, special immigrant, or Diversity Visa immigrant category listed above in **Item Numbers 2.a. - 8.e.** as the basis for your application for adjustment of status. Fill out the rest of this application **AND** Supplement A to Form I-485, Adjustment of Status Under Section 245(i) (Supplement A). For detailed filing instructions, read the Form I-485 Instructions (including any **Additional Instructions** that relate to the immigrant category that you selected in **Item Numbers 2.a. - 8.e.**) and Supplement A Instructions.

### Information About Your Immigrant Category

If you are the **principal applicant**, provide the following information.

**12.** Receipt Number of Underlying Petition (if any)

**13.** Priority Date from Underlying Petition (if any) (mm/dd/yyyy)

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 2. Application Type or Filing Category (continued)

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

**14.a.** Family Name
(Last Name)

**14.b.** Given Name
(First Name)

**14.c.** Middle Name

**15.** Principal Applicant's A-Number (if any)

▶ A-

**16.** Principal Applicant's Date of Birth (mm/dd/yyyy)

**17.** Receipt Number of Principal's Underlying Petition (if any)

▶

**18.** Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)

## Part 3. Additional Information About You

**1.** Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad?    ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2.a. - 4.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Location of U.S. Embassy or U.S. Consulate

**2.a.** City

**2.b.** Country

**3.** Decision (for example, approved, refused, denied, withdrawn)

**4.** Date of Decision (mm/dd/yyyy)

## Address History

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Physical Address 1 (current address)

**5.a.** Street Number and Name    `720 WEST WEBER AVE`

**5.b.** ☒ Apt. ☐ Ste. ☐ Flr. `185`

**5.c.** City or Town    `STOCKTON`

**5.d.** State `CA`    **5.e.** ZIP Code `95203`

**5.f.** Province

**5.g.** Postal Code

**5.h.** Country    `USA`

Dates of Residence

**6.a.** From (mm/dd/yyyy)    `05/25/2018`

**6.b.** To (mm/dd/yyyy)    `Present`

Physical Address 2

**7.a.** Street Number and Name    `10250 RANCHO ROAD`

**7.b.** ☐ Apt. ☒ Ste. ☐ Flr. `201A`

**7.c.** City or Town    `ADELANTO`

**7.d.** State `CA`    **7.e.** ZIP Code `95301`

**7.f.** Province

**7.g.** Postal Code

**7.h.** Country    `USA`

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 3. Additional Information About You (continued)

Dates of Residence

**8.a.** From (mm/dd/yyyy)    04/17/2018

**8.b.** To (mm/dd/yyyy)    05/25/2018

Provide your most recent address outside the United States where you lived for more than one year (if not already listed above).

**9.a.** Street Number and Name    V SWARGAPURI PO CHABHAL

**9.b.** ☐ Apt. ☐ Ste. ☐ Flr,

**9.c.** City or Town    TARN TARAN

**9.d.** State ☐    **9.e.** ZIP Code

**9.f.** Province    PUNJAB

**9.g.** Postal Code    143301

**9.h.** Country    INDIA

Dates of Residence

**10.a.** From (mm/dd/yyyy)    03/11/1989

**10.b.** To (mm/dd/yyyy)    04/11/2018

### Employment History

Provide your employment history for the last five years, whether inside or outside the United States. Provide the most recent employment first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Employer 1 (current or most recent)

**11.** Name of Employer or Company

   AMAZON

Address of Employer or Company

**12.a.** Street Number and Name    4532 NEWCASTLE RD

**12.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**12.c.** City or Town    STOCKTON

**12.d.** State CA    **12.e.** ZIP Code 95215

**12.f.** Province

**12.g.** Postal Code

**12.h.** Country    USA

**13.** Your Occupation

   RECEIVING

Dates of Employment

**14.a.** From (mm/dd/yyyy)    05/26/2020

**14.b.** To (mm/dd/yyyy)

Employer 2

**15.** Name of Employer or Company

   WALMART

Address of Employer or Company

**16.a.** Street Number and Name    3223 E HAMMER LN

**16.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**16.c.** City or Town    STOCKTON

**16.d.** State CA    **16.e.** ZIP Code 95212

**16.f.** Province

**16.g.** Postal Code

**16.h.** Country    USA

**17.** Your Occupation

   ASSOCIATE

Dates of Employment

**18.a.** From (mm/dd/yyyy)    07/17/2019

**18.b.** To (mm/dd/yyyy)    02/18/2020

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 3. Additional Information About You (continued)

Provide your most recent employment outside of the United States (if not already listed above).

**19.** Name of Employer or Company

GYAN JYOTI PUBLIC SCHOOL

Address of Employer or Company

**20.a.** Street Number and Name

VPO CHABHAL

**20.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**20.c.** City or Town

TARN TARAN

**20.d.** State [ ▼ ]   **20.e.** ZIP Code

**20.f.** Province

PUNJAB

**20.g.** Postal Code

143301

**20.h.** Country

INDIA

**21.** Your Occupation

TEACHER

Dates of Employment

**22.a.** From (mm/dd/yyyy)

03/01/2003

**22.b.** To (mm/dd/yyyy)

03/01/2018

## Part 4. Information About Your Parents

### Information About Your Parent 1

Parent 1's Legal Name

**1.a.** Family Name (Last Name)

SINGH

**1.b.** Given Name (First Name)

KASHMIR

**1.c.** Middle Name

Parent 1's Name at Birth (if different than above)

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.** Date of Birth (mm/dd/yyyy)    UNKNOWN

**4.** Gender   ☒ Male   ☐ Female

**5.** City or Town of Birth

AMRITSAR

**6.** Country of Birth

INDIA

**7.** Current City or Town of Residence (if living)

AMRITSAR

**8.** Current Country of Residence (if living)

INDIA

### Information About Your Parent 2

Parent 2's Legal Name

**9.a.** Family Name (Last Name)

KAUR

**9.b.** Given Name (First Name)

GURCHARAN

**9.c.** Middle Name

Parent 2's Name at Birth (if different than above)

**10.a.** Family Name (Last Name)

**10.b.** Given Name (First Name)

**10.c.** Middle Name

**11.** Date of Birth (mm/dd/yyyy)    UNKNOWN

**12.** Gender   ☐ Male   ☒ Female

**13.** City or Town of Birth

AMBALA

**14.** Country of Birth

INDIA

**15.** Current City or Town of Residence (if living)

CHABHAL

**16.** Current Country of Residence (if living)

INDIA

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 5. Information About Your Marital History

1. What is your current marital status?

   ☐ Single, Never Married   ☐ Married   ☒ Divorced

   ☐ Widowed   ☐ Marriage Annulled

   ☐ Legally Separated

2. If you are married, is your spouse a current member of the U.S. armed forces or U.S. Coast Guard?

   ☐ N/A   ☐ Yes   ☐ No

3. How many times have you been married (including annulled marriages and marriages to the same individual)?

   [ 01 ]

### Information About Your Current Marriage (including if you are legally separated)

If you are currently married, provide the following information about your current spouse.

Current Spouse's Legal Name

4.a. Family Name (Last Name)

4.b. Given Name (First Name)

4.c. Middle Name

5. A-Number (if any)

   ▶ A- [                    ]

6. Current Spouse's Date of Birth (mm/dd/yyyy)

7. Date of Marriage to Current Spouse (mm/dd/yyyy)

Current Spouse's Place of Birth

8.a. City or Town

8.b. State or Province

8.c. Country

Place of Marriage to Current Spouse

9.a. City or Town

9.b. State or Province

9.c. Country

10. Is your current spouse applying with you?

    ☐ Yes   ☐ No

### Information About Prior Marriages (if any)

If you have been married before, whether in the United States or in any other country, provide the following information about your prior spouse. If you have had more than one previous marriage, use the space provided in **Part 14. Additional Information** to provide the information below.

Prior Spouse's Legal Name (provide family name before marriage)

11.a. Family Name (Last Name) **SINGH**

11.b. Given Name (First Name) **BALWINDER**

11.c. Middle Name

12. Prior Spouse's Date of Birth (mm/dd/yyyy) **09/15/1969**

13. Date of Marriage to Prior Spouse (mm/dd/yyyy) **03/11/1989**

Place of Marriage to Prior Spouse

14.a. City or Town **AMRITSAR**

14.b. State or Province **PUNJAB**

14.c. Country **INDIA**

15. Date Marriage with Prior Spouse Legally Ended (mm/dd/yyyy) **10/05/2012**

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 5. Information About Your Marital History (continued)

Place Where Marriage with Prior Spouse Legally Ended

**16.a.** City or Town

TARN TARAN

**16.b.** State or Province

PUNJAB

**16.c.** Country

INDIA

## Part 6. Information About Your Children

1. Indicate the total number of ALL living children (including adult sons and daughters) that you have.

   **NOTE:** The term "children" includes all biological or legally adopted children, as well as current stepchildren, of any age, whether born in the United States or other countries, married or unmarried, living with you or elsewhere and includes any missing children and those born to you outside of marriage.  | 02 |

Provide the following information for each of your children. If you have more than three children, use the space provided in **Part 14. Additional Information**.

Child 1

Current Legal Name

**2.a.** Family Name (Last Name)   SINGH

**2.b.** Given Name (First Name)   AMARJEET

**2.c.** Middle Name

**3.** A-Number (if any)

▶ A-

**4.** Date of Birth (mm/dd/yyyy)   01/11/1991

**5.** Country of Birth

INDIA

**6.** Is this child applying with you?   ☐ Yes   ☒ No

Child 2

Current Legal Name

**7.a.** Family Name (Last Name)   SINGH

**7.b.** Given Name (First Name)   VIKRAMJEET

**7.c.** Middle Name

**8.** A-Number (if any)

▶ A-

**9.** Date of Birth (mm/dd/yyyy)   04/01/1992

**10.** Country of Birth

DECEASED

**11.** Is this child applying with you?   ☐ Yes   ☒ No

Child 3

Current Legal Name

**12.a.** Family Name (Last Name)

**12.b.** Given Name (First Name)

**12.c.** Middle Name

**13.** A-Number (if any)

▶ A-

**14.** Date of Birth (mm/dd/yyyy)

**15.** Country of Birth

**16.** Is this child applying with you?   ☐ Yes   ☐ No

## Part 7. Biographic Information

1. Ethnicity (Select **only one** box)

   ☐ Hispanic or Latino

   ☒ Not Hispanic or Latino

2. Race (Select **all applicable** boxes)

   ☐ White

   ☒ Asian

   ☐ Black or African American

   ☐ American Indian or Alaska Native

   ☐ Native Hawaiian or Other Pacific Islander

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 7. Biographic Information (continued)

**3.** Height    Feet [5]   Inches [7]

**4.** Weight    Pounds [1] [6] [0]

**5.** Eye Color (Select **only one** box)

☐ Black    ☐ Blue    ☒ Brown

☐ Gray    ☐ Green    ☐ Hazel

☐ Maroon    ☐ Pink    ☐ Unknown/Other

**6.** Hair Color (Select **only one** box)

☐ Bald (No hair)    ☒ Black    ☐ Blond

☐ Brown    ☐ Gray    ☐ Red

☐ Sandy    ☐ White    ☐ Unknown/Other

## Part 8. General Eligibility and Inadmissibility Grounds

**1.** Have you **EVER** been a member of, involved in, or in any way associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world including any military service?    ☐ Yes    ☒ No

If you answered "Yes" to **Item Number 1.**, complete **Item Numbers 2. - 13.b.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**. If you answered "No," but are unsure of your answer, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information**.

Organization 1

**2.** Name of Organization

**3.a.** City or Town

**3.b.** State or Province

**3.c.** Country

**4.** Nature of Group

Dates of Membership or Dates of Involvement

**5.a.** From (mm/dd/yyyy)

**5.b.** To (mm/dd/yyyy)

Organization 2

**6.** Name of Organization

**7.a.** City or Town

**7.b.** State or Province

**7.c.** Country

**8.** Nature of Group

Dates of Membership or Dates of Involvement

**9.a.** From (mm/dd/yyyy)

**9.b.** To (mm/dd/yyyy)

Organization 3

**10.** Name of Organization

**11.a.** City or Town

**11.b.** State or Province

**11.c.** Country

**12.** Nature of Group

Dates of Membership or Dates of Involvement

**13.a.** From (mm/dd/yyyy)

**13.b.** To (mm/dd/yyyy)

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Answer **Item Numbers 14. - 80.b.** Choose the answer that you think is correct. If you answer "Yes" to any questions **(or if you answer "No," but are unsure of your answer)**, provide an explanation of the events and circumstances in the space provided in **Part 14. Additional Information**.

14. Have you **EVER** been denied admission to the United States? ☐ Yes ☒ No

15. Have you **EVER** been denied a visa to the United States? ☐ Yes ☒ No

16. Have you **EVER** worked in the United States without authorization? ☐ Yes ☒ No

17. Have you **EVER** violated the terms or conditions of your nonimmigrant status? ☐ Yes ☒ No

18. Are you presently or have you **EVER** been in removal, exclusion, rescission, or deportation proceedings? ☑ Yes ☒ No

19. Have you **EVER** been issued a final order of exclusion, deportation, or removal? ☐ Yes ☒ No

20. Have you **EVER** had a prior final order of exclusion, deportation, or removal reinstated? ☐ Yes ☒ No

21. Have you **EVER** held lawful permanent resident status which was later rescinded? ☐ Yes ☒ No

22. Have you **EVER** been granted voluntary departure by an immigration officer or an immigration judge but failed to depart within the allotted time? ☐ Yes ☒ No

23. Have you **EVER** applied for any kind of relief or protection from removal, exclusion, or deportation? ☐ Yes ☒ No

24.a. Have you **EVER** been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 24.a.,** complete **Item Numbers 24.b. - 24.c.** If you answered "No" to **Item Number 24.a.,** skip to **Item Number 25.**

24.b. Have you complied with the foreign residence requirement? ☐ Yes ☒ No

24.c. Have you been granted a waiver or has Department of State issued a favorable waiver recommendation letter for you? ☐ Yes ☒ No

## Criminal Acts and Violations

For **Item Numbers 25. - 45.,** you must answer "Yes" to any question that applies to you, even if your records were sealed or otherwise cleared, or even if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record. You must also answer "Yes" to the following questions whether the action or offense occurred here in the United States or anywhere else in the world. If you answer "Yes" to **Item Numbers 25. - 45.,** use the space provided in **Part 14. Additional Information** to provide an explanation that includes why you were arrested, cited, detained, or charged; where you were arrested, cited, detained, or charged; when (date) the event occurred; and the outcome or disposition (for example, no charges filed, charges dismissed, jail, probation, community service).

25. Have you **EVER** been arrested, cited, charged, or detained for any reason by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard)? ☒ Yes ☐ No

26. Have you **EVER** committed a crime of any kind (even if you were not arrested, cited, charged with, or tried for that crime)? ☐ Yes ☒ No

27. Have you **EVER** pled guilty to or been convicted of a crime or offense (even if the violation was subsequently expunged or sealed by a court, or if you were granted a pardon, amnesty, a rehabilitation decree, or other act of clemency)? ☐ Yes ☒ No

NOTE: If you were the beneficiary of a pardon, amnesty, a rehabilitation decree, or other act of clemency, provide documentation of that post-conviction action.

28. Have you **EVER** been ordered punished by a judge or had conditions imposed on you that restrained your liberty (such as a prison sentence, suspended sentence, house arrest, parole, alternative sentencing, drug or alcohol treatment, rehabilitative programs or classes, probation, or community service)? ☐ Yes ☒ No

29. Have you **EVER** been a defendant or the accused in a criminal proceeding (including pre-trial diversion, deferred prosecution, deferred adjudication, or any withheld adjudication)? ☐ Yes ☒ No

30. Have you **EVER** violated (or attempted or conspired to violate) any controlled substance law or regulation of a state, the United States, or a foreign country? ☐ Yes ☒ No

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

31. Have you **EVER** been convicted of two or more offenses (other than purely political offenses) for which the combined sentences to confinement were five years or more? ☐ Yes ☒ No

32. Have you **EVER** illicitly (illegally) trafficked or benefited from the trafficking of any controlled substances, such as chemicals, illegal drugs, or narcotics? ☐ Yes ☒ No

33. Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded in the illicit trafficking of any illegal narcotic or other controlled substances? ☐ Yes ☒ No

34. Are you the spouse, son, or daughter of a foreign national who illicitly trafficked or aided (or otherwise abetted, assisted, conspired, or colluded) in the illicit trafficking of a controlled substance, such as chemicals, illegal drugs, or narcotics and you obtained, within the last five years, any financial or other benefit from the illegal activity of your spouse or parent, although you knew or reasonably should have known that the financial or other benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

35. Have you **EVER** engaged in prostitution or are you coming to the United States to engage in prostitution? ☐ Yes ☒ No

36. Have you **EVER** directly or indirectly procured (or attempted to procure) or imported prostitutes or persons for the purpose of prostitution? ☐ Yes ☒ No

37. Have you **EVER** received any proceeds or money from prostitution? ☐ Yes ☒ No

38. Do you intend to engage in illegal gambling or any other form of commercialized vice, such as prostitution, bootlegging, or the sale of child pornography, while in the United States? ☐ Yes ☒ No

39. Have you **EVER** exercised immunity (diplomatic or otherwise) to avoid being prosecuted for a criminal offense in the United States? ☐ Yes ☒ No

40. Have you **EVER**, while serving as a foreign government official, been responsible for or directly carried out violations of religious freedoms? ☐ Yes ☒ No

41. Have you **EVER** induced by force, fraud, or coercion (or otherwise been involved in) the trafficking of persons for commercial sex acts? ☐ Yes ☒ No

42. Have you **EVER** trafficked a person into involuntary servitude, peonage, debt bondage, or slavery? Trafficking includes recruiting, harboring, transporting, providing, or obtaining a person for labor or services through the use of force, fraud, or coercion. ☐ Yes ☒ No

43. Have you **EVER** knowingly aided, abetted, assisted, conspired, or colluded with others in trafficking persons for commercial sex acts or involuntary servitude, peonage, debt bondage, or slavery? ☐ Yes ☒ No

44. Are you the spouse, son or daughter of a foreign national who engaged in the trafficking of persons and have received or obtained, within the last five years, any financial or other benefits from the illicit activity of your spouse or your parent, although you knew or reasonably should have known that this benefit resulted from the illicit activity of your spouse or parent? ☐ Yes ☒ No

45. Have you **EVER** engaged in money laundering or have you **EVER** knowingly aided, assisted, conspired, or colluded with others in money laundering or do you seek to enter the United States to engage in such activity? ☐ Yes ☒ No

### Security and Related

Do you intend to:

46.a. Engage in any activity that violates or evades any law relating to espionage (including spying) or sabotage in the United States? ☐ Yes ☒ No

46.b. Engage in any activity in the United States that violates or evades any law prohibiting the export from the United States of goods, technology, or sensitive information? ☐ Yes ☒ No

46.c. Engage in any activity whose purpose includes opposing, controlling, or overthrowing the U.S. Government by force, violence, or other unlawful means while in the United States? ☐ Yes ☒ No

46.d. Engage in any activity that could endanger the welfare, safety, or security of the United States? ☐ Yes ☒ No

46.e. Engage in any other unlawful activity? ☐ Yes ☒ No

47. Are you engaged in or, upon your entry into the United States, do you intend to engage in any activity that could have potentially serious adverse foreign policy consequences for the United States? ☐ Yes ☒ No

A-Number ▶ A- 2 1 6 6 2 8 6 4 2

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER**:

**48.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following: hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property?  ☐ Yes  ☒ No

**48.b.** Participated in, or been a member of, a group or organization that did any of the activities described in **Item Number 48.a.**?  ☐ Yes  ☒ No

**48.c.** Recruited members or asked for money or things of value for a group or organization that did any of the activities described in **Item Number 48.a.**?  ☐ Yes  ☒ No

**48.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 48.a.**?  ☐ Yes  ☒ No

**48.e.** Provided money, a thing of value, services or labor, or any other assistance or support for an individual, group, or organization who did any of the activities described in **Item Number 48.a.**?  ☐ Yes  ☒ No

**49.** Have you **EVER** received any type of military, paramilitary, or weapons training?  ☐ Yes  ☒ No

**50.** Do you intend to engage in any of the activities listed in any part of **Item Numbers 48.a. - 49.**?  ☐ Yes  ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 46.a. - 50.**, explain what you did, including the dates and location of the circumstances, or what you intend to do in the space provided in **Part 14. Additional Information**.

Are you the spouse or child of an individual who **EVER**:

**51.a.** Committed, threatened to commit, attempted to commit, conspired to commit, incited, endorsed, advocated, planned, or prepared any of the following: hijacking, sabotage, kidnapping, political assassination, or use of a weapon or explosive to harm another individual or cause substantial damage to property?  ☐ Yes  ☒ No

**51.b.** Participated in, or been a member or a representative of a group or organization that did any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**51.c.** Recruited members, or asked for money or things of value, for a group or organization that did any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**51.d.** Provided money, a thing of value, services or labor, or any other assistance or support for any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**51.e.** Provided money, a thing of value, services or labor, or any other assistance or support to an individual, group, or organization who did any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**51.f.** Received any type of military, paramilitary, or weapons training from a group or organization that did any of the activities described in **Item Number 51.a.**?  ☐ Yes  ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Number 51.**, explain the relationship and what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

**52.** Have you **EVER** assisted or participated in selling, providing, or transporting weapons to any person who, to your knowledge, used them against another person?  ☐ Yes  ☒ No

**53.** Have you **EVER** worked, volunteered, or otherwise served in any prison, jail, prison camp, detention facility, labor camp, or any other situation that involved detaining persons?  ☐ Yes  ☒ No

**54.** Have you **EVER** been a member of, assisted, or participated in any group, unit, or organization of any kind in which you or other persons used any type of weapon against any person or threatened to do so?  ☐ Yes  ☒ No

**55.** Have you **EVER** served in, been a member of, assisted, or participated in any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, rebel group, guerilla group, militia, insurgent organization, or any other armed group?  ☐ Yes  ☒ No

**56.** Have you **EVER** been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party (in the United States or abroad)?  ☐ Yes  ☒ No

**57.** During the period from March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion, in association with either the Nazi government of Germany or any organization or government associated or allied with the Nazi government of Germany?  ☐ Yes  ☒ No

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Have you **EVER** ordered, incited, called for, committed, assisted, helped with, or otherwise participated in any of the following:

**58.a.** Acts involving torture or genocide?  ☐ Yes  ☒ No

**58.b.** Killing any person?  ☐ Yes  ☒ No

**58.c.** Intentionally and severely injuring any person?  ☐ Yes  ☒ No

**58.d.** Engaging in any kind of sexual contact or relations with any person who did not consent or was unable to consent, or was being forced or threatened?  ☐ Yes  ☒ No

**58.e.** Limiting or denying any person's ability to exercise religious beliefs?  ☐ Yes  ☒ No

**59.** Have you **EVER** recruited, enlisted, conscripted, or used any person under 15 years of age to serve in or help an armed force or group?  ☐ Yes  ☒ No

**60.** Have you **EVER** used any person under 15 years of age to take part in hostilities, or to help or provide services to people in combat?  ☐ Yes  ☒ No

**NOTE:** If you answered "Yes" to any part of **Item Numbers 52. - 60.**, explain what occurred, including the dates and location of the circumstances, in the space provided in **Part 14. Additional Information.**

### Public Charge

Those who are subject to the public charge ground of inadmissibility under INA section 212(a)(4) must complete Form I-944, Declaration of Self-Sufficiency, and may also have to submit Form I-864, Affidavit of Support Under Section 213A of the INA. Answer the questions below to determine whether you need to submit these forms together with this Form I-485.

### Declaration of Self-Sufficiency (Form I-944)

**61.** Are you exempt from the public charge ground of inadmissibility?  ☐ Yes  ☒ No

To determine if you are exempt from the public charge ground of inadmissibility, and therefore exempt from filing Form I-944, read the Form I-485 Instructions, **What Evidence Must You Submit, Item Number 9. Public Charge: Declaration of Self-Sufficiency (Form I-944) and Affidavit of Support Under Section 213A of the INA (Form I-864).** If you answered "Yes" to **Item Number 61.**, proceed to **Item Number 63.a.** If you answered "No," complete Form I-944 and include it with your Form I-485 filing, and proceed to **Item Number 62.a.**

### Affidavit of Support Under Section 213A of the INA (Form I-864)

You may need to file Form I-864. For more information, read the Form I-485 Instructions, **What Evidence Must You Submit, Item Number 9. Public Charge: Declaration of Self-Sufficiency (Form I-944) and Affidavit of Support Under INA section 213A (Form I-864).**

I am EXEMPT from filing Form I-864 because:

**62.a.** ☐ I have earned or can receive credit for 40 qualifying quarters (credits) of work in the United States (as defined by the Social Security Act (SSA). (Attach your SSA earnings statements. Do not count any quarters during which you received a means-tested public benefit).

**62.b.** ☐ I am under 18 years of age, unmarried, immigrating as the child of a U.S. citizen, and will automatically become a U.S. citizen under the Child Citizenship Act of 2000 upon my admission to the United States.

**62.c.** ☐ I am applying under the widow or widower of a U.S. citizen (Form I-360) immigrant category.

**62.d.** ☐ I am applying under an alien worker (Form I-140) employment-based preference immigrant category and both of the following apply:

    **(1)** I am not a relative of the Form I-140 petitioner; and

    **(2)** I do not have a relative with a significant ownership interest (at least five percent) in the business that filed Form I-140.

**62.e.** ☐ I am applying under the alien entrepreneur (Form I-526) immigrant category.

**62.f.** ☐ I am applying under the human trafficking victim (T nonimmigrant) immigrant category (INA section 245(l)).

**62.g.** ☐ I am applying under a category other than the human trafficking victim (T nonimmigrant) category (INA section 245(l)), or as an alien worker under the employment-based preference categories where a relative filed Form I-140 for me or has a five percent or more ownership interest in the business that filed Form I-140, and I either have a pending application for T nonimmigrant status or I am an individual who is in valid T nonimmigrant status.

**NOTE:** If, when USCIS adjudicates your adjustment application, your Form I-914 is no longer pending a decision or you are no longer in valid T nonimmigrant status, you may have to submit a Form I-944 and Form I-864.

**62.h.** ☐ I am applying under the victim of qualifying criminal activity (U nonimmigrant) immigrant category (INA section 245(m)).

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 8.  General Eligibility and Inadmissibility Grounds (continued)

**62.i.** ☐ I am applying under a category other than the victim of qualifying criminal activity (U nonimmigrant) category under INA section 245(m) or as an alien worker under the employment-based preference categories where a relative filed Form I-140 for me or has a five percent or more ownership interest in the business that filed Form I-140, but I either have a pending petition for U nonimmigrant status or I am an individual who is granted U nonimmigrant status.

**NOTE:** If, at the time of the adjudication of the Form I-485, your Form I-918 is no longer pending a decision or you are no longer in valid U nonimmigrant status, you may be required to submit Form I-944 and Form I-864.

**62.j.** ☐ I am applying under the diplomat or high ranking official unable to return home (Section 13 of the Act of September 11, 1957) immigrant category.

**62.k.** ☐ I am a law enforcement officer filing this Form I-485 for an S nonimmigrant immigrant (or a qualifying family member).

**62.l.** ☐ I am applying under the Diversity Visa program immigrant category.

**62.m.** ☐ I am applying under one of the following special immigrant categories (select one):

☐ Armed forces (also known as the Six and Six program)

☐ Panama Canal Zone

☐ Certain broadcasters

☐ G-4 or NATO-6 employees and their family members

☐ International employees of the U.S. Government abroad

☐ Religious workers

☐ Certain physicians

☐ Employed by or on behalf of the U.S. Government

**62.n.** ☐ I am applying under the Amerasian Act (October 22, 1982)

### Illegal Entries and Other Immigration Violations

**63.a.** Have you **EVER** failed or refused to attend or to remain in attendance at any removal proceeding filed against you on or after April 1, 1997? ☐ Yes ☒ No

**63.b.** If your answer to **Item Number 63.a.** is "Yes," do you believe you had reasonable cause? ☐ Yes ☐ No

**63.c.** If your answer to **Item Number 63.b.** is "Yes," attach a written statement explaining why you had reasonable cause.

**64.** Have you **EVER** submitted fraudulent or counterfeit documentation to any U.S. Government official to obtain or attempt to obtain any immigration benefit, including a visa or entry into the United States? ☐ Yes ☒ No

**65.** Have you **EVER** lied about, concealed, or misrepresented any information on an application or petition to obtain a visa, other documentation required for entry into the United States, admission to the United States, or any other kind of immigration benefit? ☐ Yes ☒ No

**66.** Have you **EVER** falsely claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**67.** Have you **EVER** been a stowaway on a vessel or aircraft arriving in the United States? ☐ Yes ☒ No

**68.** Have you **EVER** knowingly encouraged, induced, assisted, abetted, or aided any foreign national to enter or to try to enter the United States illegally (alien smuggling)? ☐ Yes ☒ No

**69.** Are you under a final order of civil penalty for violating INA section 274C for use of fraudulent documents? ☐ Yes ☒ No

### Removal, Unlawful Presence, or Illegal Reentry After Previous Immigration Violations

**70.** Have you **EVER** been excluded, deported, or removed from the United States or have you ever departed the United States on your own after having been ordered excluded, deported, or removed from the United States? ☐ Yes ☒ No

**71.** Have you **EVER** entered the United States without being inspected and admitted or paroled? ☐ Yes ☒ No

Since April 1, 1997, have you been unlawfully present in the United States:

**72.a.** For more than 180 days but less than a year, and then departed the United States? ☐ Yes ☒ No

**72.b.** For one year or more and then departed the United States? ☐ Yes ☒ No

**NOTE:** You were unlawfully present in the United States if you entered the United States without being inspected and admitted or inspected and paroled, or if you legally entered the United States but you stayed longer than permitted.

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 8. General Eligibility and Inadmissibility Grounds (continued)

Since April 1, 1997, have you **EVER** reentered or attempted to reenter the United States without being inspected and admitted or paroled after:

**73.a.** Having been unlawfully present in the United States for more than one year in the aggregate? ☐ Yes ☒ No

**73.b.** Having been deported, excluded, or removed from the United States? ☐ Yes ☒ No

### Miscellaneous Conduct

**74.** Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**75.** Are you accompanying another foreign national who requires your protection or guardianship but who is inadmissible after being certified by a medical officer as being helpless from sickness, physical or mental disability, or infancy, as described in INA section 232(c)? ☐ Yes ☒ No

**76.** Have you **EVER** assisted in detaining, retaining, or withholding custody of a U.S. citizen child outside the United States from a U.S. citizen who has been granted custody of the child? ☐ Yes ☒ No

**77.** Have you **EVER** voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States? ☐ Yes ☒ No

**78.** Have you **EVER** renounced U.S. citizenship to avoid being taxed by the United States? ☐ Yes ☒ No

Have you **EVER**:

**79.a.** Applied for exemption or discharge from training or service in the U.S. armed forces or in the U.S. National Security Training Corps on the ground that you are a foreign national? ☐ Yes ☒ No

**79.b.** Been relieved or discharged from such training or service on the ground that you are a foreign national? ☐ Yes ☒ No

**79.c.** Been convicted of desertion from the U.S. armed forces? ☐ Yes ☒ No

**80.a.** Have you **EVER** left or remained outside the United States to avoid or evade training or service in the U.S. armed forces in time of war or a period declared by the President to be a national emergency? ☐ Yes ☒ No

**80.b.** If your answer to **Item Number 80.a.** is "Yes," what was your nationality or immigration status immediately before you left (for example, U.S. citizen or national, lawful permanent resident, nonimmigrant, parolee, present without admission or parole, or any other status)?

## Part 9. Accommodations for Individuals With Disabilities and/or Impairments

**NOTE:** Read the information in the Form I-485 Instructions before completing this part.

**1.** Are you requesting an accommodation because of your disabilities and/or impairments? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 1.**, select any applicable box in **Item Numbers 2.a. - 2.c.** and provide an answer.

**2.a.** ☐ I am deaf or hard of hearing and request the following accommodation. (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).):

**2.b.** ☐ I am blind or have low vision and request the following accommodation:

**2.c.** ☐ I have another type of disability and/or impairment. (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

## Part 10. Applicant's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-485 Instructions before completing this part. You must file Form I-485 while in the United States.

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 10. Applicant's Statement, Contact Information, Certification, and Signature (continued)

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 11.** read to me every question and instruction on this application and my answer to every question in

_____ ,

a language in which I am fluent, and I understood everything.

**2.** ☐ At my request, the preparer named in **Part 12.**,

_____ ,

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

2095943975

**4.** Applicant's Mobile Telephone Number (if any)

_____

**5.** Applicant's Email Address (if any)

JEETK3356@GMAIL.COM

### Applicant's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I understand that if I am a male who is 18 to 26 years of age, submitting this application will automatically register me with the Selective Service System as required by the Military Selective Service Act.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**6.a.** Applicant's Signature (sign in ink)

➡ _____

**6.b.** Date of Signature (mm/dd/yyyy)    09/08/2020

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 11. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

_____

**1.b.** Interpreter's Given Name (First Name)

_____

**2.** Interpreter's Business or Organization Name (if any)

_____

A-Number ► A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 11. Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State ▼   **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____ ,
which is the same language specified in **Part 10., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 12. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

NIJJAR

**1.b.** Preparer's Given Name (First Name)

SITAL

**2.** Preparer's Business or Organization Name (if any)

NIJJAR SERVICES

### Preparer's Mailing Address

**3.a.** Street Number and Name    7212 FLORIN MALL DR

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town    SACRAMENTO

**3.d.** State CA    **3.e.** ZIP Code 95823

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

USA

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

9163917553

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

NIJJARSERVICES@GMAIL.COM

A-Number ▶ A- | 2 | 1 | 6 | 6 | 2 | 8 | 6 | 4 | 2 |

## Part 12. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant (continued)

### Preparer's Statement

7.a. ☒ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

7.b. ☐ I am an attorney or accredited representative and my representation of the applicant in this case ☐ extends ☐ does not extend beyond the preparation of this application.

> **NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature (sign in ink)

8.b. Date of Signature (mm/dd/yyyy)   `09/08/2020`

---

> **NOTE:  Do not complete Part 13. until the USCIS Officer instructs you to do so at the interview.**

## Part 13. Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form I-485, Application to Register Permanent Residence or Adjust Status, subscribed by me, including the corrections made to this application, **numbered** ☐ **through** ☐ , are complete, true, and correct. All additional pages submitted by me with this Form I-485, **on numbered pages** ☐ **through** ☐ are complete, true, and correct. All documents submitted at this interview were provided by me and are complete, true, and correct.

Subscribed to and sworn to (affirmed) before me

USCIS Officer's Printed Name or Stamp

Date of Signature (mm/dd/yyyy)

Applicant's Signature (sign in ink)

USCIS Officer's Signature (sign in ink)

---

A-Number ▶ A- 2 1 6 6 2 8 6 4 2

## Part 14. Additional Information

If you need extra space to provide any additional information within this application, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)  KAUR

**1.b.** Given Name (First Name)  RANJEET

**1.c.** Middle Name

**2.** A-Number (if any) ▶ A- 2 1 6 6 2 8 6 4 2

**3.a.** Page Number  11
**3.b.** Part Number  8
**3.c.** Item Number  25

**3.d.** When I enter to united states Immigration Border Police arrested me.

**4.a.** Page Number
**4.b.** Part Number
**4.c.** Item Number

**4.d.**

**5.a.** Page Number
**5.b.** Part Number
**5.c.** Item Number

**5.d.**

**6.a.** Page Number
**6.b.** Part Number
**6.c.** Item Number

**6.d.**

**7.a.** Page Number
**7.b.** Part Number
**7.c.** Item Number

**7.d.**

# EX. 3

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | September 19, 2020 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | A216628642 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LIN2090546801 | September 11, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | Asylum status | October 07, 1975 |

PAYMENT INFORMATION:

RANJEET KAUR
720 WEST WEBER AVE APT 185
STOCKTON, CA 95203

15    00005269

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

ıllı|ıᵐᵐıₗ|ᵗ|ₐₗ·|·ᵇₗₗₗ|ᵗₗₚₗᵖ|ᵐ|||ₗₗ·ₗ·ₐₗ|ₗ|ₐₑ·|ᵖₘₗ||

NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Contact Center Number:**

(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

EX. 4

*COPY*

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | CASE TYPE | | NOTICE DATE |
|---|---|---|---|
| | I-485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | 10/17/2020 |

| APPLICATION/PETITION/REQUEST NUMBER | | USCIS A# | CODE |
|---|---|---|---|
| LIN2090546801 | | A216 628 642 | 5 |

| ACCOUNT NUMBER | TCR | SERVICE CENTER | PAGE |
|---|---|---|---|
| | | NSC | 1 of 2 |

RANJEET KAUR
720 WEST WEBER AVE APT 185
STOCKTON CA 95203



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS MODESTO | DATE AND TIME OF APPOINTMENT |
| 901 N Carpenter Road Suite 14 | 11/12/2020 |
| Modesto CA 95351 | 12:00PM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

NOTE: If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

### REQUEST FOR RESCHEDULING

❏ Please reschedule my appointment. Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I-485 - LIN2090546801



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

WARNING: *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

## ATTENTION

### Important Changes to Biometrics Services Appointments Related to COVID-19

As USCIS resumes biometrics services at our Application Support Centers (ASC), we want to protect the safety of our workforce and you. Please read the entirety of this notice, do not come to your appointment if you are feeling sick, and follow all instructions below:

### Appointments

- Only appear on your scheduled date and time. You will not be processed if you appear on a different date or at a different time. Only military members will be processed as walk-ins.
- Do not arrive more than 15 minutes before your appointment
- Complete the attached Applicant Information Worksheet and bring it to your appointment. This information is needed to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check the status of our offices. Office status information can be located here: www.uscis.gov/about-us/uscis-office-closings.

### Face coverings and Social Distancing:

- In order to enter the facility, you must wear a face covering while visiting the ASC. USCIS may deny entry if you do not wear a face covering.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys or those providing needed assistance to you will be permitted to accompany you. They will be required to wear a face covering.
- You will be required to follow social distancing guidance when you arrive, such as sitting and standing apart from others.

## APPLICANT'S INFORMATION WORKSHEET (AIW)

NAME: _RANJEET_ (FIRST)  _____ MIDDLE  _KAUR_ LAST

LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):

1) _____ FIRST _____ MIDDLE _____ LAST

2) _____ FIRST _____ MIDDLE _____ LAST

DATE OF BIRTH: _10_ MONTH  _07_ DAY  _1975_ YEAR

COUNTRY OF BIRTH: _INDIA_    COUNTRY OF CITIZENSHIP: _INDIA_

**GENDER: (CHECK ONE)**
- ☐ MALE
- ☒ FEMALE
- ☐ OTHER

**RACE: (CHECK ONE)**
- ☒ ASIAN
- ☐ BLACK
- ☐ CAUCASIAN/LATINO
- ☐ NATIVE AMERICAN
- ☐ UNKNOWN

**EYE COLOR: (CHECK ONE)**
- ☐ BLACK
- ☐ BLUE
- ☒ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ HAZEL
- ☐ MAROON
- ☐ MULTICOLOR
- ☐ PINK
- ☐ UNKNOWN

**HAIR COLOR: (CHECK ONE)**
- ☐ BALD
- ☒ BLACK
- ☐ BLOND OR STRAWBERRY
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ ORANGE
- ☐ PINK
- ☐ PURPLE
- ☐ RED OR AUBURN
- ☐ SANDY
- ☐ WHITE
- ☐ UNKNOWN

HEIGHT: _5_ _6_ FEET/INCHES  OR  _____ CENTIMETERS    WEIGHT: _160_ POUNDS  OR  _____ KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any application, petition, or request that I submitted, that I provided on behalf of my derivative beneficiary, that was submitted on my behalf; and supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.

### RETURN "AIW" TO APPLICANT

AIW: REVISED 5/15/2019