ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJEET KAUR,<br><br>                    Plaintiff,<br><br>              v.<br><br>JOSEPH EDLOW, DIRECTOR USCIS, ET AL.,<br><br>                  Defendants. | CASE NO. 2:25-CV-3405-WBS-JDP<br><br>STIPULATION AND [~~PROPOSED~~] FOR TEMPORARY ABEYANCE |

Defendants respectfully request to hold this case in temporary abeyance for 120 days, through and including June 2, 2026, and Plaintiff does not oppose.  In this case, Plaintiff Ranjeet Kaur alleges that the U.S. citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of his Form I-485, application for adjustment of status filed in September 2020.  USCIS is taking further action in this matter which is expected to render this matter moot.  Specifically, USCIS will schedule Plaintiff's interview and will issue Plaintiff a Request for Evidence requesting updated information.  Once the interview has been completed, USCIS will require additional time to complete its adjudication, including vetting and background checks.

The parties therefore stipulate that this matter be held in temporary abeyance through June 2, 2026.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.  A temporary abeyance in this case will benefit the parties and conserve the Court's resources while the parties pursue

STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY ABEYANCE

a potential administrative resolution.  The parties further request that all other filing and case management deadlines, including any initial scheduling conference, be vacated.

Dated:  February 2, 2026

ERIC GRANT
United States Attorney

By:  /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

/s/ Joseph John Siguenza
JOSEPH JOHN SIGUENZA
Counsel for Plaintiff

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:    February 3, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY ABEYANCE